# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: cbeckett | Date Created: 4/20/2015 |
| Case: 13–90050–LT | Form ID: pdfO1 | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft      Kako Sako
dft      Frank Sako
dft      Feras Sako
dft      Allen Sako

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
pla      Leslie T. Gladstone    candic@flgsd.com
aty      David E. Britton    lblaw@lockhartandbritton.com
aty      Dean T. Janis    dean.janis@janislaw.net
aty      Geraldine A. Valdez    geraldinev@flgsd.com
aty      Maria J. Nunez    mnunez@nunezlawfirm.com,anunez@nunezlawfirm.com
aty      Sean C. Coughlin    scc@coughlin–law.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft      Patrick Hosey    225 Broadway, Suite 1460    San Diego, CA 92101
dft      Hosey & Bahrambeygui    225 Broadway, Suite 1460    San Diego, CA 92101
dft      Amfuel Management    308 Vista Abierta    El Cajon, CA 92019
dft      Fillco Petroleum, L.P.    850 Jamacha Road, Suite 201    El Cajon, CA 92019
dft      Sabe Properties, L.P.    850 Jamacha Road, Suite 201    El Cajon, CA 92019
dft      Wells Cash Management, L.L.C.    850 Jamacha Road, Suite 201    El Cajon, CA 92019
dft      Bret Hamelin    5445 Oberlin Dr., Ste 200    San Diego, CA 92121

TOTAL: 7