**CSD 3057** [04/28/96]
Name, Address, Telephone No. & I.D. No.

Sean C. Coughlin (SBN 167900)
Leslie T. Gladstone (SBN 144615)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone:(858)369-5577/(858)454-9887

FILED
2015 APR 23 PM 2: 11
CLERK
U.S. BANKRUPTCY CT
SO DIST. OF CALIF

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
LAMIA THOMAS BEGZADEH,
                                    Debtor.

BANKRUPTCY NO. 10-04872-LT7

LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE,
                                    Plaintiff(s)

ADVERSARY NO. 13-90050-LT

v.
RAMIEL BEGZADEH,
                                    Defendants(s)

## REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, Sean C. Coughlin _____, the undersigned, hereby state that:

1.  Judgment for $ 72,095.38 _____ was entered on April 20, 2015 _____, in the docket of the above-entitled proceeding in the United States [District] [Bankruptcy] Court, for the Southern District of California, in favor of

    Leslie T. Gladstone, Chapter 7 Trustee

    as Judgment Creditor, and against

    Ramiel Begzadeh

    as Judgment Debtor.

    [IF A REGISTERED JUDGMENT:] The judgment was registered under Title 28, U.S. Code §1963, being a judgment which was obtained in Case No. _____
    in the United States ☐ [District]  ☐ [Bankruptcy] Court for the _____
    District of _____ that has become FINAL.

2.  I am the attorney for the Judgment Creditor, and request issuance of a Writ of Execution on the judgment.

CSD 3057                                                                    [Continued on reverse side]

CSD 3057 (Page 2) [04/28/96]

3. ACCRUED since the entry of judgment are the following sums:

$ 0.00 _____ accrued interest, computed at 0.23 _____ % [1]

$ 0.00 _____ accrued costs.

4. CREDIT must be given for payments and partial satisfactions in the total sum of $ 0.00 _____ which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $ 72,095.38 _____ ACTUALLY DUE on this date. OF THIS TOTAL, $ 72,095.38 _____ is the amount of the original judgment as entered still remaining due and bearing interest at 0.23 _____ % in the amount of $ 0.45 _____ per day from this date.

I hereby declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED: April 20, 2015

/s/ Sean C. Coughlin
_____
Signature of (Attorney for) Plaintiff

Case 13-90050-LT    Filed 04/23/15    Entered 04/23/15 09:57:51    Doc 46    Pg. 2 of 2

---

[1] The current legal rate of interest may be obtained by calling (619) 557-5620.

CSD 3057