CSD 3058 [12/01/09]

```
Name, Address, Telephone No. & I.D. No.
Sean C. Coughlin (SBN 167900)
Leslie T. Gladstone (SBN 144615)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone:(858)369-5577/(858)454-9887
Facsimile:(858)369-5575/(858)454-9596
ATTORNEYS for Leslie T. Gladstone, Chapter 7 Trustee
```

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

LAMIA THOMAS BEGZADEH

Debtor.

BANKRUPTCY NO. 10-04872-LT7

LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE,

Plaintiff(s)

ADVERSARY NO. 13-90050-LT

v.

RAMIEL BEGZADEH,

Defendant(s)

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

On  April 20, 2015 , a judgment was entered by the United States Bankruptcy Court, for the Southern District of California, in connection with a case commenced under Title 11, United States Code, in favor of:

Leslie T. Gladstone, Chapter 7 Trustee

as Judgment Creditor and against

| Name | Social Security Number [last 4 digits] | | [ X ] Unknown |
|---|---|---|---|
| Ramiel Begzadeh | | | |
| | Driver's License Number [last 4 digits] and state | | [ X ] Unknown |

as Judgment Debtor for:

| | |
|---|---|
| $ 36,681.28 | Principal, |
| $ 35,047.50 | Attorney Fees, |
| $ | Interest, and |
| $    366.60 | Costs, making a total of |
| $ 72,095.38 | JUDGMENT AS ENTERED. |

**WHEREAS**, according to an affidavit and/or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to wit:

| | |
|---|---|
| $ 0 | accrued interest, and |
| $ 0 | accrued costs, making a total of |
| $ 0 | ACCRUED COSTS AND ACCRUED INTEREST. |

CSD 3058

[Continued on reverse side]

CSD 3058 (Page 2) [12/01/09]

Credit must be given for payments and partial satisfaction in the amount of:

$ 0 _____  which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of

$ 72,095.38 _____  ACTUALLY DUE on the date of the issuance of this Writ of which

$ 72,095.38 _____  is due on the judgment as entered, and bears interest at __0.23____ per cent per annum, in the amount of

$ ____.45_____  per day, from the date of issuance of this Writ, to which must be added the commissions and costs of the officer executing this Writ.

    You are directed to satisfy the following judgment, with interest and costs and your costs and disbursements, out of (1) the personal property of the judgment debtor(s), not exempt from execution, and if sufficient personal property cannot be found, then out of the judgment debtor's real property, or (2) if the judgment is a lien on real property, then out of the real property belonging to the debtor(s) on the date the abstract of judgment was filed under Section 674, California Code of Civil Procedure, or on any date thereafter. Unless this Writ is served on the debtor(s) at the same time of levy, you are also directed to give the judgment debtor(s) notice by mail [at address(es) given below] of any levy of execution under this Writ, and to make return of the Writ with what you have endorsed on it not less than ten (10) days nor more than ninety (90) days after you receive it.

    Given under my hand and seal of said Court aforesaid.

DATED: 4/23/15

Barry K. Lander, Clerk

By: _____, Deputy Clerk

[Seal of the U. S. Bankruptcy Court]

    Notice by mail of any sale under the Writ of Execution has not been requested. The following named person(s) have requested such notice of sale:

Name(s)                         Address(es)

CSD 3058